UNITED STATES of America, Plaintiff—Appellee,

v.

John GABLE, Jr., Defendant—Appellant.

No. 05–30135.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Decided April 14, 2006.

James Peters, Esq., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Samuel Richard Rubin Fax, Federal Defenders, Boise, ID, for Defendant–Appellant.

Before: HAWKINS, MCKEOWN and PAEZ, Circuit Judges.

## MEMORANDUM **

John Gable, Jr. appeals from the sentence imposed upon revocation of supervised release. In light of Gable's response to this court's February 3, 2006 order to show cause confirming that he has been released from custody, this appeal is dismissed for lack of jurisdiction. *See United States v. Palomba,* 182 F.3d 1121, 1123 (9th Cir.1999).

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

